# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAR 17 A 10: 42
CLERK OF COURT

Laura Bustamante,
Plaintiff,

v.

Jacobus Energy, LLC,
Defendant.

Case No. **26-C 424**

## COMPLAINT

### 1. Jurisdiction and Venue

This action arises under the Americans with Disabilities Act, 42 U.S.C. §12101 et seq. This Court has jurisdiction pursuant to 28 U.S.C. §1331 because the matter presents a federal question. Venue is proper in this district because the unlawful employment practices occurred in Milwaukee County, Wisconsin.

### 2. Parties

Plaintiff Laura Bustamante resides at 2153 S. 28th Street, Milwaukee, Wisconsin 53215.

Defendant Jacobus Energy, LLC is an employer doing business in Wisconsin and maintains its principal place of business at 11414 W. Park Place, Suite 300, Milwaukee, Wisconsin 53224.

### 3. Exhaustion of Administrative Remedies

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission. The EEOC issued a Notice of Right to Sue. Plaintiff files this action within ninety days of receiving that notice.

### 4. Factual Allegations

Plaintiff worked for Defendant as a mobile diesel fueler for approximately six years.

During her employment, Plaintiff developed multiple medical conditions and work-related injuries resulting in permanent medical restrictions.

On October 18, 2024, Plaintiff provided Defendant with medical documentation establishing permanent restrictions.

Earlier in the year, Defendant acknowledged in writing that when permanent restrictions are present the company must evaluate possible accommodations through the ADA process.

After providing her permanent restrictions, Plaintiff requested to be considered for available positions within her restrictions.

Available positions existed during this time period, including a planner/dispatcher position.

Defendant did not evaluate Plaintiff's qualifications for these available positions despite having notice of her permanent restrictions and request for accommodation.

Instead, Defendant terminated Plaintiff's employment on December 19, 2024.

### 5. Claim for Relief – Disability Discrimination
Defendant discriminated against Plaintiff because of her disability in violation of the Americans with Disabilities Act.

### 6. Claim for Relief – Failure to Accommodate
Defendant failed to provide reasonable accommodation to Plaintiff despite knowledge of her disability and permanent restrictions.

### 7. Claim for Relief – Failure to Engage in the Interactive Process
Defendant failed to engage in the interactive process required by the ADA to determine whether reasonable accommodation or reassignment was possible.

### 8. Damages
As a result of Defendant's actions, Plaintiff suffered loss of income, loss of employment benefits, emotional distress, and other damages.

Plaintiff seeks:
Back pay
Front pay
Compensatory damages
Punitive damages
Costs of this action
Any additional relief the Court deems appropriate.

Plaintiff has also filed a related administrative action that has been certified for hearing before the Wisconsin Equal Rights Division.

**JURY DEMAND**
Plaintiff demands a trial by jury.

Respectfully submitted,

Laura Bustamante
Plaintiff, Pro Se
2153 S. 28th Street
Milwaukee WI. 53214