LAURA BUSTAMANTE,

              Plaintiff,

Case No. 26CV424

   v.

JACOBUS ENERGY, LLC,

              Defendant.

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

The Defendant, Jacobus Energy, LLC, by and through its counsel, hereby moves for dismissal of the Complaint filed by Plaintiff, Laura Bustamante, pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds and basis for this motion are set forth in Defendant's Brief in Support of Motion to Dismiss Plaintiff's Complaint and Response to Plaintiff's Motion to Stay filed with this motion.

Any factual assertion in the Declaration of Aaron P. McCann in Support of Defendant's Motion to Dismiss Plaintiff's Complaint and any documentary evidence attached thereto will be accepted by the Court as being true unless Plaintiff submits her own affidavit, declaration, or other amissible documentary evidence contradicting the factual assertion.

38146595.1

Dated this 9th day of April, 2026.

GODFREY & KAHN, S.C.

By: *s/ Aaron P. McCann*
Aaron P. McCann
State Bar No. 1086319
Sarah K. Keebler
State Bar No. 1114561

Attorneys for Defendant

MAILING ADDRESS:
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Phone: 920-432-9300
Fax: 920-436-7988
Email: amccann@gklaw.com
skeebler@gklaw.com

2

38146595.1